# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

January 23, 2026

To:  Linda M. Klemm
     UNITED STATES DISTRICT COURT
     Eastern District of Wisconsin
     125 S. Jefferson Street
     Green Bay, WI 54301-4541

| No. 25-2172 | NAVTEJ BHANDARI, et al,<br>　　　　Plaintiffs - Appellees<br><br>v.<br><br>OUTAGAMIE COUNTY, WISCONSIN, et al.,<br>　　　　Defendants - Appellants |
| --- | --- |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-00986-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                        F.R.A.P. 42(b)

STATUS OF THE RECORD:                              no record to be returned

form name: **c7_Mandate**     (form ID: **135**)