# THE JEFF SCOTT OLSON LAW FIRM, S. C.

Jeff Scott Olson

Andrea J. Farrell

1025 QUINN DRIVE, SUITE 500
WAUNAKEE, WI 53597-2502

PHONE: 608 283 6001
FAX: 608 283 0945

E-MAIL: JSOLSON@SCOFFLAW.COM
WEBSITE: WWW.SCOFFLAW.COM

January 27, 2026

> *via e-filing only*

The Honorable William C. Griesbach
Jefferson Court Building
125 S. Jefferson St., Rm. 102
Green Bay, WI 54301-4541

> Re: *Estate of Xee Yang v. Outagamie County*
> Case No 2023-cv-986-wcg

Dear Judge Griesbach:

As you are no doubt aware, the appeal in this case has been dismissed, and the mandate has issued, returning the case to your court. The parties have reached a settlement in this case, and ordinarily, we would now proceed by filing a stipulated dismissal, with prejudice and without costs. In this case, we would like to proceed a little differently.

This case has been emotionally difficult both for the family of Xee Yang and for the officers who were involved in the accident. The children of Ms. Yang, in addition to their grief, are finding it hard to understand that anyone

"went to court" on their mother's behalf because no one has actually *been* to court. Proceeding by transmitting written motions and briefs, stipulations and orders is certainly efficient and works well for the court and for counsel, but is a bit baffling, sometimes, for civilians. In order to give them something to remember, to know that justice has been served in court, the parties jointly request a brief dismissal hearing in court early next month, if that is possible.

If you are willing, we'd love it if you would say a few words about the tragedy of the family losing wife and mother Xee Yang and also compliment the County on its robust response by instituting changes in its policies. We request nothing formal or fancy, just something so the parties can feel that they have had their day in court.

We have a telephonic status conference set for January 29 at 2:30 p.m. and it is our hope that we can, at that time, find a mutually agreeable date and time for the brief live proceeding we are requesting. Thank you for your consideration.

Sincerely,

/s/ Jeff Scott Olson,
Attorney for the Plaintiffs


/s/ Remzy Bitar
Attorney for the Defendants

JSO:sfc